NOVEMBER 26, 2001

No. 01–283. UTAH ET AL. v. EVANS, SECRETARY OF COMMERCE, ET AL. Affirmed on appeal from D. C. Utah.

No. 01–6764. TILLI v. IRENAS ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01A346. ALLEY v. BELL, WARDEN. Application for certificate of appealability, addressed to JUSTICE BREYER and referred to the Court, denied.

No. D–2266. IN RE GUTIERREZ. Maria Cristina Gutierrez, of Towson, Md., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 1, 2001 [*ante*, p. 805], is discharged.

No. 01M26. ALASKA STATE LEGISLATURE ET AL. v. UNITED STATES ET AL. Motion to direct the Clerk to file as timely a petition for leave to intervene and a petition for writ of certiorari denied.

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $179,064.66 for the period March 1 through October 31, 2001, to be paid equally by the three States. [For earlier order herein, see, *e. g.*, 532 U. S. 992.]

No. 00–1614. NATIONAL RAILROAD PASSENGER CORPORATION v. MORGAN. C. A. 9th Cir. [Certiorari granted, 533 U. S. 927.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.